```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/22/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOVANI FASHION, LTD.,

                Plaintiff,

        v.

CHUBB CORPORATION, FEDERAL
INSURANCE COMPANY and GREAT
NORTHERN INSURANCE COMPANY,

                Defendants.

No. 17-CV-4518 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    As discussed at today's initial conference, on the consent of the parties, it is hereby ordered that:

- Defendant Chubb Corporation is dismissed without prejudice.

- Plaintiff's opposition to Defendants' Motion to Dismiss is due October 20, 2017, and Defendants' reply is due November 10, 2017.

- Discovery is stayed until the pending motion is decided, with the exception that Plaintiff shall produce to Defendants a copy of the settlement agreement in *Malibu Textiles, Inc. v. Jovani Fashion, Ltd.*, 16-CV-8409.

SO ORDERED.

Dated:   September 22, 2017
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge